

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-13-01024-CR

Style:      Mario Quintanilla

     **v** The State of Texas

Date motion filed[*]:      February 13, 2014

Type of motion:      Motion to abate appeal

Party filing motion:      Appellant

Document to be filed: 

If motion to extend time:

     Original due date:

     Number of extensions granted:      Current Due date:

     Date Requested:

Ordered that motion is:

     ☐      Granted

         If document is to be filed, document due:

         ☐     No further extensions of time will be granted

     ☐      Denied

     ☑      Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

     ☐      Other: _____

Judge's signature: /s/ Sherry Radack
         ☑ Acting individually     ☐ Acting for the Court
Panel consists of _____

Date: <u>February 25, 2014</u>

November 7, 2008 Revision